PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Eleanor Venable                                    **Cr.:05-105-01(FLW)**

**Name of Sentencing Judicial Officer:** The Honorable Freda L. Wolfson, United States District Judge

**Date of Original Sentence:** June 7, 2005

**Original Offense:** Impersonation of Officer or Employee of the United States

**Original Sentence:** Five (5) years probation, $100 Special Assessment. Special Conditions: Financial Disclosure, cooperate with the Internal Revenue Service, and DNA.

**Type of Supervision:** .Probation                          **Date Supervision Commenced:** June 7, 2005

**Assistant U.S. Attorney:** To be assigned          **Defense Attorney:** Christopher H. O'Malley, AFPD

## PETITIONING THE COURT

[ x ] To issue a warrant
[  ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | The offender has violated the supervision condition which states **'You shall not commit another federal, state, or local crime.'**<br><br>On January 13, 2009, Ms. V enable was arrested by police in Cherry Hill, New Jersey and charged with one count of Robbery and one count of Possession of a Firearm For Unlawful Purpose.<br><br>According to the police report, on January 13, 2009, police responded to the Cornerstone Bank in Cherry Hill, New Jersey for the report of an armed robbery. The bank manager advised police that a female entered the bank and inquired about opening an account. Venable was advised what documentation is necessary to open an account and she then left the bank. Subsequently, Venable returned to the bank, approached the manager's desk, handed him a note and stated "Don't do anything or you're gonna get hurt." The note stated she wanted twenty stacks of one hundred dollar bills. Venable then demanded he call the tellers and direct them to provide her with the money. The manager said that if he called from the desk the tellers would know what was happening. Venable then directed the manager to walk toward the tellers with her. She placed a note in front of the teller and displayed a small back semi-automatic handgun at which time the tellers provided Venable with currency. Venable then had the manager walk her outside the bank. The manager returned to the bank and had the teller contact the police. Police located Venable four blocks from the bank carrying a plastic bag. She observed the police and proceeded to the front door of a residence. She placed a set of keys near the door lock and attempted to |

unlock it. The police officer noticed Venable holding a piece of mail and observed the plastic bag she had been carrying was open and discarded nearby the front door of the residence. Police asked Venable if she resided there and she indicated she did not. She was also asked about the bag she had been carrying and claimed to have no knowledge of it. The bag was searched and contained a hand gun (the gun was later determined to be a 25 caliber semi-automatic handgun), currency (later to determined to be $17,346.00), black clothing and an unidentified white access card with Venables picture on it. Venable was arrested and detained. An eye witness positively identified Venable as the female from the bank.

As of the date of this petition, Venable is being held in custody at the Camden County Correctional Facility in default of $162,500 cash bail. These charges are currently pending court proceedings.

2     The offender has violated the supervision condition which states '**The defendant shall not possess a firearm or destructive device. Probation must be revoked for possession of a firearm.**'

During the bank robbery that comprise the criminal conduct noted in violation one, the offender possessed and brandished a 25 caliber semi-automatic firearm during a crime of violence.

I declare under penalty of perjury that the foregoing is true and correct.

By:

*[signature]*

Evan M. Dorfman
U.S. Probation Officer
Date: January 14, 2009


APPROVED:

*[signature]*  1/15/09
RICHARD A. GALLO                Date
Supervising U.S. Probation Officer


---

THE COURT ORDERS:

[✓] The Issuance of a Warrant

[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

*[signature]*
Signature of Judicial Officer

1-15-09
Date